IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MITZI E. DAILEY | * | |
| v. | * | Civil No. – JFM-16-299 |
| KATHERINE HEYDEN, ET AL. | * | |

******

## MEMORANDUM

Mitzi Dailey has appealed from an order entered by the Bankruptcy Court dismissing with prejudice her adversary proceeding. The appeal will be denied.

On August 26, 2015, Dailey filed an employment discrimination action in this court. *See Dailey v. Lew*, Civil No. GLR-15-2527 (D. Md.). On April 18, 2016, Judge Russell entered an order dismissing the case.

On November 6, 2015, Dailey filed a Chapter 13 petition in the Bankruptcy Court. On November 16, 2015, she filed an adversary proceeding in the Bankruptcy Court and sought, *inter alia*, an injunction to prevent the Internal Revenue Service and her supervisors from carrying out proposed discipline for on-the-job conduct. On December 13, 2015, the United States moved to substitute itself as the sole proper defendant. This motion was granted.

The United States also moved to dismiss the adversary proceeding on the ground that Dailey was not permitted to use an adversary proceeding as an end-run around her employment discrimination action in this court. On January 20, 2016, the Bankruptcy Court granted the motion to dismiss.

The Bankruptcy Court's ruling was clearly correct. Employment discrimination actions are non-core proceedings reserved for exclusive jurisdiction by the district courts. *See 28 U.S.C.*

§157(b)(5); *In re Erickson*, 330 B.R. 346, 349 (Bankr. D. Conn 2005). The Bankruptcy Court lacked jurisdiction over the employment discrimination claim, and dismissed the adversary proceeding.

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date: May 26, 2016

/s/
J. Frederick Motz
United States District Judge